Dean Lucas 4 42153 - CP
Docket Number: S2 04 CR 417-01(LAP)





**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

[X]   Court Orders supervision to terminate as scheduled on December 11, 2017

or

U.S. Probation Officer is directed to:

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other:

_____
Honorable Loretta A. Preska

3/13/17
Date